GARY W. GORSKI
Attorney at Law
1207 Front Street, Suite 15
Sacramento, CA 95814
Telephone: (916) 965-6800
email: usrugby@gmail.com
GARY W. GORSKI - CBN: 166526

DANIEL M. KARALASH
Attorney at Law
1207 Front Street, Suite 15
Sacramento, CA 95814
Telephone: (916) 787-1234
email: dan@stratlaw.org
DANIEL M. KARALASH - SBN: 176422
Attorneys for Plaintiff DAVID W. GREGOIRE,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID W. GREGOIRE**<br>       **Plaintiff,**<br><br>   **vs.**<br><br>**COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity only; DEPUTY ANTHONY JENKINS in his individual capacity,**<br><br>       **Defendant** | Case No.: 2:13-cv-01857-TLN-DAD<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

Plaintiff and Defendants hereby stipulate that Plaintiff be granted an order for leave of court to file the proposed First Amended Complaint. The First Amended Complaint shall be filed within ten (10) days after this stipulation and order is signed by the Court and electronically served on all parties.

/ / /

/ / /

/ / /

1  IT IS SO STIPULATED:

2

3  Dated: December 18, 2013                     LONGYEAR O'DEA & LAVRA, LLP
                                                By /s/Amanda L. McDermott
4                                                    John A. Lavra
                                                     Amanda L. McDermott
5                                                    Attorneys for Defendants

6

7  Dated: December 18, 2013                     By /s/Gary W. Gorski
                                                     Gary W. Gorski
8                                                    Attorney for Plaintiff

9

10

11      **IT IS SO ORDERED:**

12

13

14  Dated: February 11, 2014

15

16

17  _____

18  Troy L. Nunley
    United States District Judge
19

20

21

22

23

24

25

26

27

28