1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Amanda L. McDermott, CSB No.: 253651
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorneys for Defendants

6  GARY W. GORSKI
   Attorney at Law
7  1207 Front Street, Suite 15
   Sacramento, CA 95814
8  Telephone: (916) 965-6800
   email: usrugby@gmail.com
9  GARY W. GORSKI - CBN: 166526

10 DANIEL M. KARALASH
   Attorney at Law
11 1207 Front Street, Suite 15
   Sacramento, CA 95814
12 Telephone: (916) 787-1234
   email: dan@stratlaw.org
13 DANIEL M. KARALASH - SBN: 176422

14 Attorneys for Plaintiff

15

16                    **UNITED STATES DISTRICT COURT**

17            **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

18

19 **DAVID W. GREGOIRE**              ) Case No.: 2:13-cv-01857-TLN-DAD
            **Plaintiff,**            )
20                                    )
        **vs.**                       )
21                                    ) **STIPULATION AND ORDER TO**
                                      ) **MODIFY SCHEDULING ORDER**
22 **COUNTY OF SACRAMENTO,**          )
   **SHERIFF'S DEPARTMENT; COUNTY**   )
23 **OF SACRAMENTO; SHERIFF SCOTT**   )
   **JONES, in his official capacity only;** )
24 **DEPUTY ANTHONY JENKINS in his**  )
   **individual capacity,**           )
25                                    )
            **Defendant**             )
26 _____)

27

28

The Plaintiff David Gregoire, by and through his attorney Gary Gorski, and Defendants, by and through their attorney, John Lavra stipulate as follows:

The purpose of this stipulation is to request that the court modify the existing scheduling order by extending the discovery cutoff and the date for expert disclosures.

This case arises as a result of the plaintiff being bitten by a Sacramento County Sheriff's canine, which was under the control of Defendant Deputy Jenkins. The canine was being used in conjunction with a vehicle pursuit and stop, and an arrest of the individual involved in the pursuit. Unfortunately, the plaintiff was bitten by the Sheriff's canine by mistake. Plaintiff has brought state law claims for personal injury and federal claims for excessive force under the Fourth Amendment and *Monell* claims against the County, alleging unconstitutional policies surrounding canine use by the Sheriff's Department

The complaint was filed on September 6, 2013. Answers to the complaint were filed on October 7, 2013. On November 14, 2013, the parties submitted their joint status report, requesting discovery cut off on May 15, 2014 and expert disclosures on June 17, 2014.

On February 17, 2014, Plaintiff filed an Amended Complaint, and Defendants filed Answers to the First Amended Complaint on March 3, 2014.

On January 29, 2014, the court issued its scheduling order as follows:

- May 15, 2014- Discovery to be completed
- July 17, 2014- Initial Expert Disclosure
- August 6, 2014- Supplemental Expert Disclosure
- November 20, 2014- Last day for hearing on Dispositive Motions
- February 12, 2015 - Final Pretrial Conference
- April 20, 2015 - Trial

The parties are actively engaged in discovery. The deposition of the plaintiff is scheduled for April 24, 2014. The parties are in the process of scheduling the deposition of Defendant Jenkins.

Plaintiff has served Interrogatories, Requests for Production of Documents, and Requests for Admissions. The plaintiff's discovery consists of over two hundred requests. Defendants have also served written discovery including Interrogatories, and Requests for Production of Documents.

In light of the foregoing, the parties cannot complete discovery on the claims and defenses by May 15, 2014. Further, by extending discovery, it will allow the parties to complete discovery initially on the individual Fourth Amendment claims, and then, if necessary, on the *Monell* claims. This may result in saving time and expense of the parties, and potentially the court's time in dealing with discovery motions.

The parties stipulate to modify the scheduling order as follows:

1. Discovery completion, including expert discovery - October 1, 2014
2. Expert Disclosure -August 1, 2014

All other dates shall remain the same.

IT IS SO STIPULATED

Dated: April 8, 2014          LONGYEAR, O'DEA & LAVRA, LLP

                              By:  */s/ John A. Lavra*

                                   JOHN A. LAVRA
                                   AMANDA L. MCDERMOTT
                                   Attorneys for Defendants

Dated: April 8, 2014          LAW OFFICES OF GARY GORSKI

                              By:  */s/ Gary Gorski*

                                   GARY GORSKI
                                   Attorney for Plaintiff

### ORDER

Pursuant to stipulation, it is ordered that the parties complete all discovery including expert discovery by October 1, 2014, and exchange Expert Witness Reports by August 1, 2014.

**IT IS SO ORDERED:**

Dated: April 8, 2014

Troy L. Nunley
United States District Judge