UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREGOIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity; DEPUTY ANTHONY JENKINS, in his individual capacity,<br><br>　　　　Defendant. | No. 2:13-cv-01857-TLN-DAD<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF AND TO DEEM DEFENDANTS' DESIGNATION OF EXPERT WITNESSES AS TIMELY** |

This matter is before the Court pursuant to Defendants County of Sacramento, Sheriff's Department; County of Sacramento; Sheriff Scott Jones; and Deputy Anthony Jenkins's (collectively "Defendants") Motion for Relief and to Deem Defendants' Designation of Expert Witnesses as Timely.  (ECF No. 30).  The Court finds that no prejudice occurred in Defendants' failure to file their designation with the Court by the August 1, 2014, deadline because the designation was provided to Plaintiff by the required date.  The Court hereby grants Defendants' request for relief from this requirement of the Scheduling Order and deems that Defendants' designation of expert witnesses is timely.

　　IT IS SO ORDERED.

Dated: September 17, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge

1