LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants

GARY W. GORSKI
Attorney at Law
1207 Front Street, Suite 15
Sacramento, CA 95814
Telephone: (916) 965-6800
email: usrugby@gmail.com
GARY W. GORSKI - CBN: 166526

DANIEL M. KARALASH
Attorney at Law
1207 Front Street, Suite 15
Sacramento, CA 95814
Telephone: (916) 787-1234
email: dan@stratlaw.org
DANIEL M. KARALASH - SBN: 176422

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID W. GREGOIRE**<br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity only; DEPUTY ANTHONY JENKINS in his individual capacity,**<br><br>　　　　**Defendant** | Case No.: 2:13-cv-01857-TLN-DAD<br><br>**STIPULATION AN ORDER TO MODIFY SCHEDULING ORDER RE: EXTEND TIME FOR DEFENDANTS TO TAKE PLAINTIFF'S EXPERT'S DEPOSITION.** |

The Plaintiff David Gregoire, by and through his attorney Gary Gorski, and Defendants, by and through their attorney, John Lavra stipulate as follows:

The purpose of this stipulation is to request that the court modify the existing scheduling order by extending the date which Defendant may depose Plaintiff's expert.  This is the second request and this will not interfere with the trial date currently set.

The parties agree that Defendants' served a timely Notice of Deposition, and that the deposition was scheduled well within discovery cut-off.  The parties agreed to a modification of the deposition due to Mr. Gorski's knee surgery, and had agreed upon 9/30/2014.

Today, September 29, 2014, a problem arose with Mr. Gorski's surgery, and he is scheduled for admittance the morning of September 30, 2014.

In light of the foregoing, the parties request the Court to modify the Scheduling Order as follows:

Defendants shall have 21 days to complete the deposition of Plaintiff's expert Mr. Bogardus, and 21 days to file a motion to compel or overrule objections, if necessary.  There are no other changes to the scheduling order.

**IT IS SO STIPULATED**

Dated: September 29, 2014                LONGYEAR, O'DEA & LAVRA, LLP

                                         By:  */s/ John A. Lavra*
                                              JOHN A. LAVRA
                                              AMANDA L. MCDERMOTT
                                              Attorneys for Defendants

Dated: September 29, 2014                LAW OFFICES OF GARY GORSKI

                                         By:  */s/ Gary W. Gorski*
                                              GARY GORSKI
                                              Attorney for Plaintiff

## ORDER

Defendants shall have 21 days from the date this order is signed to complete the deposition of Plaintiff's expert (Mr. Bogardus), and 21 days to file a motion to compel, if necessary. There are no other changes to the scheduling order.

**IT IS SO ORDERED:**

**Dated:  October 2, 2014**

Troy L. Nunley
United States District Judge