UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. GREGOIRE, | No. 2:13-cv-1857 TLN DAD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On September 10, 2014, plaintiff filed a third amended notice of motion to compel discovery. (Dkt. No. 35.) The hearing of that motion was noticed by plaintiff's counsel for October 10, 2014. The parties, however, did not file a Joint Statement re Discovery Disagreement at least seven days prior to the scheduled hearing date, in violation of Local Rule 251(a). Local Rule 251(a) also provides that the hearing of plaintiff's motion may be dropped from calendar due to the failure to file a timely joint statement.

On January 29, 2014, the assigned District Judge issued a Status (Pretrial Scheduling) Order requiring that all discovery be "completed" by May 15, 2014. (Dkt. No. 16 at 2.) In the context of discovery, "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." (Id.)

1

1     On April 10, 2014, the assigned District Judge entered an order extending the discovery
2 deadline to October 1, 2014, pursuant to the parties' stipulation. (Dkt. No. 24.)  On October 2,
3 2014, the assigned District Judge granted the parties' stipulation to allow defendants 21 days to
4 complete the deposition of plaintiff's expert, and to file a motion to compel with respect to that
5 deposition if necessary. (Dkt. No. 38.)  That order, however, did not extend the October 1, 2014
6 discovery deadline in any other manner.  In fact, that order explicitly stated that there were "no
7 other changes to the scheduling order." (Dkt. No. 38.)

8     Under these circumstances, plaintiff's deadline for conducting discovery in this action has
9 passed and plaintiff's motion to compel (Dkt. No. 35) is untimely.  Accordingly, for the reasons
10 stated above, plaintiff's motion to compel (Dkt. No. 35) is denied and dropped from the court's
11 October 10, 2014 calendar.  Denial of plaintiff's motion to compel is without prejudice to re-
12 filing only if discovery in this action is further extended by court order.

13    IT IS SO ORDERED.

14 Dated:  October 6, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\gregoirie1857.disc.untimely.ord.docx

2