# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. GREGOIRE<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity only; DEPUTY ANTHONY JENKINS in his individual capacity,<br><br>Defendants. | Case No.: 2:13-cv-01857-TLN-DB<br><br>STIPULATION OF DISMISSAL OF SHERIFF SCOTT JONES IN HIS OFFICIAL CAPACITY AND ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff, DAVID W. GREGOIRE, and Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, and ANTHONY JENKINS through their designated counsel of record that Defendant SHERIFF SCOTT JONES, in his official capacity is hereby dismissed with prejudice from all claims by Plaintiff pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party will bear his or her own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

Dated:  October 5, 2017				LONGYEAR, O'DEA & LAVRA, LLP


						By:	*/s/ Amanda L. McDermott*
							JOHN A. LAVRA
							AMANDA L. MCDERMOTT
							**Attorneys for Defendants**


Dated:  October 5, 2017


						By:	*/s/ Daniel M. Karalash*
							GARY W. GORSKI
							DANIEL M. KARALASH
							**Attorneys for Plaintiff**


IT IS SO ORDERED:

Dated: October 5, 2017



						_____
						Troy L. Nunley
						United States District Judge