FILED
OCT 05 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. GREGOIRE<br><br>Plaintiff,<br>v.<br><br>COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity only; DEPUTY ANTHONY JENKINS in his individual capacity,<br><br>Defendants. | Case No.: 2:13-cv-01857-TLN-DB<br><br>VERDICT FORM |

We, the jury in the above-entitled action, unanimously find the following special verdicts on the questions submitted to us:

QUESTION NO. 1:

Did Deputy Anthony Jenkins's use of force violate Plaintiff David Gregoire's Fourth Amendment rights?

             Yes        X    No

*If your answer to question 1 is yes, then answer questions 2. If you answered no, then move on to question 4.*

QUESTION NO. 2:

Was Deputy Anthony Jenkins's use of force malicious, oppressive, or in reckless disregard of Plaintiff David Gregoire's rights?

             Yes             No

*If your answer to question 2 is yes, then answer question 3. If you answered no, then move on to question 4.*

QUESTION NO. 3:

If you have found the conduct of Deputy Anthony Jenkins to be malicious, oppressive, or in reckless disregard of Plaintiff David Gregoire's rights, what amount, if any, do you award in punitive damages for Plaintiff?

      Amount        $ _____

///

///

QUESTION NO. 4:

Did the County of Sacramento's dog bite Plaintiff David Gregoire?

    __X__ Yes      ____ No

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

QUESTION NO. 5:

Was Plaintiff David Gregoire in a public place or lawfully on private property when he was bitten?

    __X__ Yes      ____ No

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

QUESTION NO. 6:

Was the dog a substantial factor in causing harm to Plaintiff David Gregoire?

    __X__ Yes      ____ No

*If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

QUESTION NO. 7:

What are the damages, if any, that Plaintiff David Gregoire suffered as a result of the dog bite?

    a.    Past economic loss:

        Lost Earnings:      $ 3000.00

        Out-of-Pocket Expenses:      $ 178.35

b.    Past noneconomic loss, including physical pain, mental suffering, and emotional distress:   $ 15,000.00

TOTAL Damages for Dog Bite   $ 18,178.35

Signed: *Karen Kuty*
Presiding Juror

Dated: October 5, 2017

*After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.*